# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00728-CV

**In re Matthew Murphy**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the emergency motion and temporarily stay the trial set for November 6, 2017, in the underlying case, pending further order of this Court. *See id.* R. 52.10(b). The Court orders the real party in interest, Mojdeh Delshad, to file a response to the petition for writ of mandamus on or before November 10, 2017.

It is so ordered November 3, 2017.

Before Justices Puryear, Field, and Bourland